# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 04, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

　　No. 24-11076　　USA v. Carpenter
　　　　　　　　　　USDC No. 3:19-CR-452-1

The mandate issued June 20, 2025 is recalled at the panel direction.

By copy of this letter, we request the district court clerk to notate on their docket sheet the mandate was recalled.

　　　　　　　　　　Sincerely,

　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　*Lisa E. Ferrara*
　　　　　　　　　　By: _____
　　　　　　　　　　Lisa E. Ferrara, Deputy Clerk
　　　　　　　　　　504-310-7675

Mr. Stephen S. Gilstrap
Mr. Joshua K. Handell
Mrs. Alexandra Hunt
Mr. Roman Martinez
Ms. Karen S. Mitchell
Mr. Jeremy Raymond Sanders
Mr. Alexander George Siemers